UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RAYMONDA SUTTER, et al.,             Case No. 1:20-cv-974
    Plaintiffs,                                          Litkovitz, M.J.

vs.

AMERICAN FAMILY                        ORDER
INSURANCE COMPANY,
    Defendant.

This matter came before the Court upon the oral motion by the parties to amend the Calendar Order in this case. At the request of the parties, and by agreement of the Court, the Calendar Order is **MODIFIED**, and the case shall proceed as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:

   - Plaintiffs identify and produce primary expert reports: **March 15, 2022**
   - Defendant identify and produce rebuttal expert reports: **May 1, 2022**

2. Discovery deadline: **May 15, 2022**

3. Dispositive motion deadline: **August 15, 2022**

**IT IS SO ORDERED.**

Date: 11/17/2021

Karen L. Litkovitz
Chief United States Magistrate Judge