# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RAYMONDA SUTTER, et al.,            Case No. 1:20-cv-974
    Plaintiffs,                                              Litkovitz, M.J.

vs.

AMERICAN FAMILY                       **ORDER**
INSURANCE COMPANY,
    Defendant.

       This matter came before the Court on January 4, 2022 for a telephone discovery conference. As addressed at the conference, plaintiffs shall file a motion to compel pertaining to their discovery requests for defendant's Claims Handling Policies & Procedures and Employee Compensation & 401k Plan Information by **Tuesday, January 25, 2022**. Defendant's motion for protective order, if any, shall be filed by **Tuesday, January 25, 2022**. Any memoranda in opposition shall be filed within **twenty-one (21) days** after the date of service of the motions. (S.D. Ohio Civ. R. 7.2(a)(2)). Any reply memoranda shall be filed within **fourteen (14) days** thereafter. (*Id*.).

       It is further **ORDERED** that defendant shall provide to plaintiffs a privilege log relating to defendant's Claim File, including log notes, that is sufficiently detailed to enable plaintiffs and the Court to assess whether each element of the attorney-client privilege and/or work product protection is satisfied by **Tuesday, January 11, 2022**.

       This matter is set for a follow-up telephone status conference on **Monday, January 24, 2022 at 10:00 a.m.**

       **IT IS SO ORDERED.**

Date: 1/4/2022

                                                         Karen L. Litkovitz
                                                         Chief United States Magistrate Judge