# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RAYMONDA SUTTER, et al.,            Case No. 1:20-cv-974
    Plaintiffs,                                             Litkovitz, M.J.

vs.

AMERICAN FAMILY                           **ORDER**
INSURANCE COMPANY,
    Defendant.

      This matter came before the Court on January 24, 2022 for a continued telephonic discovery conference. Pursuant to the Court's Order (Doc. 28), defendant provided to plaintiffs an updated privilege log relating to defendant's Claim File and a proposed stipulated protective order. Plaintiffs have expressed their consent to the proposed protective order. The parties shall submit the signed proposed stipulated protective order to the Court for filing.

      Consistent with the parties' agreement at this conference, the Court establishes the following briefing schedule:

1. January 27, 2022: Defendant to provide plaintiffs with a further updated privilege log.

2. February 10, 2022: Plaintiffs to file a brief in support of their position on the updated privilege log. To the extent that defendant's further updated privilege log resolves the dispute as to particular documents, plaintiffs shall so notify the Court in this brief.

3. February 24, 2022: Defendant's response and submission of the disputed Claim File documents for *in camera* review.

The parties have agreed that one item, the Comprehensive Report regarding Donald Hicks (Bates Nos. 2352-2411), shall be provided by defendant to plaintiffs' attorneys and shall be designated for review as "attorneys' eyes only."

      Finally, the modified calendar order entered November 17, 2021 (Doc. 25) is hereby

**STAYED** pending the Court's disposition of this issue and plaintiffs' motion to compel, if any. (*See* Doc. 28).

    **IT IS SO ORDERED.**

Date: 1/24/2022

Karen L. Litkovitz
Chief United States Magistrate Judge