IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| RAYMONDA SUTTER, et al., | CASE NO. 1:20-cv-974 |
| Plaintiffs, | |
| v. | MAGISTRATE JUDGE LITKOVITZ |
| AMERICAN FAMILY INSURANCE COMPANY, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Now come the Plaintiffs and Defendant who hereby stipulate that all claims asserted or that could have been asserted in the above-styled lawsuit are hereby dismissed, with prejudice to the refiling of this matter, by agreement of the parties. The Court retains jurisdiction to enforce the terms of the settlement.

_____
MAGISTGRATE JUDGE LITKOVITZ

APPROVED:

RITTGERS & RITTGERS

By:/s/ *Gus J. Lazares via 07-05-22 auth.*
GUS J. LAZARES (0092206)
12 East Warren Street
Lebanon, OH 45036
(513) 932-2115  Fax (513) 934-2201
gus@rittgers.com
*Attorney for Plaintiffs*

/s/ *Kyle R. Salyer per 07-05-22 auth.*
Kyle R. Salyer (91435)
Morgan, Collins, Yeast & Salyer
P.O. Box 2213
Paintsville, KY 41240
(877) 809-6889
Kyle.salyer@kentuckycourage.com
*Attorneys for Plaintiffs*

GALLAGHER, GAMS, TALLAN,
BARNES & LITTRELL L.L.P.

By: /s/ *Laura Plank Founds*
JAMES R. GALLAGHER  (0025658)
LAURA PLANK FOUNDS (0094088)
471 East Broad Street, 19th Floor
Columbus, Ohio 43215-3872
(614) 228-5151  Fax (614) 228-0032
jgallagher@ggtbl.com
lplankfounds@ggtbl.com
*Attorney for Defendant*
*American Family Insurance Company*

jrg-lpf\200943\pl\52 kc